**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

JEREMY LEIGH BECKMAN,

    Petitioner,

vs.

WARDEN BAKER, *et al.*,

    Respondents.
_____/

2:16-cv-01040-RFB-GWF

**ORDER**

    The petitioner in this habeas corpus action, Jeremy Leigh Beckman, filed his petition for writ of habeas corpus, with an application to proceed *in forma pauperis* (ECF No. 1), on May 6, 2016.

    The Court determined that Beckman's application to proceed *in forma pauperis* was incomplete, in that it did not include a financial certificate signed by an authorized officer at the Wells Conservation Camp, the prison where Beckman was incarcerated, and that it was likely inadequate at any rate, as Beckman apparently was no longer incarcerated. *See* Order entered July 17, 2016 (ECF No. 3). The Court denied Beckman's application to proceed *in forma pauperis*, and ordered him to file a new application, reflecting his current financial circumstances, or pay the $5 filing fee for this action. *See id*. The Court granted Beckman 30 days -- to August 15, 2016 -- to do so. *See id*.

    Beckman has not paid the filing fee, or filed a new application to proceed *in forma pauperis*, and he has not taken any other further action in the case. The Court will, therefore, dismiss this action. This

1  dismissal is without prejudice, meaning that, if Beckman wishes to pursue a petition for writ of habeas
2  corpus, he may initiate a new action, and pay the filing fee or file a proper complete application to
3  proceed *in forma pauperis* with respect to that new action.

4  **IT IS THEREFORE ORDERED** that this action is **DISMISSED** without prejudice.

5  **IT IS FURTHER ORDERED** that petitioner is denied a certificate of appealability.

6  **IT IS FURTHER ORDERED** that the Clerk of the Court shall enter judgment accordingly.

8  Dated this 1st day of September, 2016.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

2